# PLAINTIFFS' LIST OF EXHIBITS

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*     **CASE NUMBER:**   *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK     **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | D/F | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|------------------------------|-----------|---------------------|--------|---------|
| | | *Any and all medical records regarding Dr. Mary Elizabeth Jordan-Flickinger, including, but not limited to the following:* | | | | |
| 1. | | Abington Surgical Center 05.12.10-04.10.13 | 455-476 | | | |
| 2. | | Advanced Imaging Associates 01.29.04-02.03.10 | 36-39 | | | |
| 3. | | Body Dynamic 11.16.10-01.03.11 | 5500-5507 | | | |
| 4. | | Joseph Cronkey, M.D. 05.12.09-07.18.11 | 1-3 | | | |
| 5. | | CVS Pharmacy 11.03.08-04.24.13 | A33-35.26 | | | |
| 5.1 | | CVS Pharmacy 10.22.05-07.01.10 | 4932-4938 | | | |

204l324-l

1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*      **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**      **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 6. | | Francis Hamm, M.D. 08.23.90-08.02.05 | 792-965 | | | |
| 7. | | Seth Jones, M.D. 04.06.05-12.02.09 | 186-191 | | | |
| 8. | | Jerome Jordan, M.D. 08.30.81-11.21.08 | 554-605 | | | |
| 9. | | Matthew Kline, M.D. 02.08.10-11.05.12 | 446-454 | | | |
| 10. | | Mackarey & Mackarey P.T. 08.08.07-06.25.10 | 4-32 | | | |
| 11. | | Edwin Malloy, M.D. Records 02.17.04-03.27.07 (order 08.10.07) | 7493-7494 | | | |
| 12. | | James Scanlon "Dr. Malloy" File | 7558-7569 | | | |

2041324.1

2

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*          **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**                          **JUDGE:**   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-------------------------------|-----------|---------------------|--------|---------|
| 13. | | Northeastern Rehabilitation Associates 02.08.13 | 10124-10132 | | | |
| 14. | | Lisa Robertson, D.O. 02.27.09-06.18.10 | 76-86 | | | |
| 15. | | Vincent Ross, M.D. 09.09.75-08.11.89 | 175-185 | | | |
| 16. | | Rotella Chiropractic 10.16.09-02.19.10 | 169-174 | | | |
| 17. | | Salvatore Scialla, M.D. 12.13.04 | 379 | | | |
| 18. | | Valley Gyn Specialists (Barbara Plucknett, M.D.) 11.07.07 | 391-394 | | | |
| | | *Any and all radiology studies regarding Dr. Mary Elizabeth Jordan-Flickinger, including, but not limited to the following:* | | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*        **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**                        **JUDGE:**   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 19. | | CD Advanced Imaging Specialists 05.11.09 | 54 | | | |
| 20. | | Advanced Imaging Specialists Films 05.11.09 | 414.1-414.8 | | | |
| 21. | | Advanced Imaging Specialists Films 02.03.10 | 413.1-413.12 | | | |
| 22. | | Matthew Kline, M.D. Imaging Studies | 415-422; 8919-8920 | | | |
| 23. | | Edwin Malloy, M.D.   X-rays on CD 2007 | 7507 | | | |
| 24. | | Edwin Malloy, M.D.  X-ray Film of Right Shoulder 02.17.04 | 7653 | | | |

4

2041324.1

# PLAINTIFFS' LIST OF EXHIBITS

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*     **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**     **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|------------------------------|-----------|---------------------|--------|---------|
| 25. | | Printed X-ray Right Shoulder Edwin Malloy, M.D. 02.17.04 | 7656 | | | |
| 26. | | Printed X-ray Left Shoulder Edwin Malloy, M.D. 03.27.07 | 7657 | | | |
| 27. | | Printed X-ray Left Shoulder (w/"clip") Edwin Malloy, M.D. 03.27.07 | 7658 | | | |
| 28. | | Printed X-ray Cervical Spine (front view) Edwin Malloy, M.D. 03.27.07 | 7659 | | | |
| 29. | | Printed X-ray Cervical Spine (side view) Edwin Malloy, M.D. 03.27.07 | 7660 | | | |

2041324.1

5

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**  *Flickinger vs. Trade Fixtures*     **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**     **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | D/F | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|------------------------------|-----------|---------------------|--------|---------|
| 30. | | James Scanlon "Dr. Malloy" CD w/X-rays 2004 and 2007 | 7574 | | | |
| | | *Any and all Deposition Transcripts, Exhibits & Videos including, but not limited to the following:* | | | | |
| 31. | | Robert Anders Deposition Transcript and Exhibit 04.11.13 | 9461- 9612 | | | |
| | | Exhibit I   Robert Anders Report 08.02.12 | | | | |

6

20413241

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*

**CASE NUMBER:** *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK

**JUDGE:** **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 32. | | Walter Baumgarten Deposition Transcript, Exhibits & Video 04.07.11 | | | | |
| | | Exhibit 1 (Purchase Orders) | 6032 & 7402 | | | |
| | | Exhibit 2 (Motion) | 6912-6978 | | | |
| | | Exhibit 3 (Rebuttal to Plaintiffs' Brief) | 6979-6992 | | | |
| | | Exhibit 4 (Letter 12.21.10) | 6993-6994 | | | |
| | | Exhibit 5 (Printout T.F. Website-Thousands of Designs) | 6995 | | | |
| | | Exhibit 6 (Printout T.F. Website-Display) | 6996-7027 | | | |
| | | Exhibit 7 (Printout T.F. Website-Custom Millwork) | 7028-7031 | | | |

2041324.1

7

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*     **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**     **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | D/F | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|-------------------------------|-----------|---------------------|--------|---------|
| 33. |     | Walter Baumgarten Deposition Transcript, Exhibits & Video 04.25.12 |  |  |  |  |
|     |     | Exhibit 1   Deposition Notice and Attachments | 10297-10304 |  |  |  |
|     |     | Exhibit 2   Walter Baumgarten Affidavit 03.20.12 | 10305-10308 |  |  |  |
|     |     | Deposition Errata Sheet | 9342-9343 |  |  |  |
|     |     | DVD of "Attorneys in Videoconference Room" during Walter Baumgarten Deposition | 9346 |  |  |  |

2041324.1

8

# PLAINTIFFS' LIST OF EXHIBITS

**CASE CAPTION:** _Flickinger vs. Trade Fixtures_     **CASE NUMBER:** _1:12-CV-00713_

**EASTERN DISTRICT OF NEW YORK**     **JUDGE:** **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 34. | | Jerry Birnbach Deposition Transcript and Exhibits 04.12.13 | | | | |
| | | Exhibit J   Jerry Birnbach Report 08.18.12 | 9613-9636 | | | |
| | | Exhibit K   M&M Mars Design Drawing of Display | 6031 | | | |
| | | Exhibit L   M&M Mars Design Drawing of Display | 6028 | | | |
| | | Exhibit M   M&M Mars Design Drawing of Display | 6029 | | | |
| | | Exhibit N   M&M Mars Design Drawing of Display | 6030 | | | |
| | | Exhibit O   Photo of Bin Notches | 10309 | | | |

9

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*   **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-------------------------------|-----------|---------------------|--------|---------|
| 35. |    | Robert Bullers Deposition Transcript & Video 04.07.11 |  |  |  |  |

10

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**  *Flickinger vs. Trade Fixtures*          **CASE NUMBER:**  *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**                           **JUDGE:**  **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | Df | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|------------------------------|-----------|---------------------|--------|---------|
| 36. | | Joseph Carroll Deposition Transcript, Exhibits & Video **10.19.10** | | | | |
| | | Exhibit 1 - 04.29.10 Letter RE $40K Annually | 423 | | | |
| | | Exhibit 2 - 09.28.10 Letter KCQ to Carroll | 7349-7350 | | | |
| | | Exhibit 3 - 1999-2009 Collected Gross Receipts | 4312-4314; 4339 | | | |
| | | Exhibit 4 - 2007-2009 Beth Receipts | 4316-4319 | | | |
| | | Exhibit 5 - 2007-2009 Brad Receipts | 4320-4323 | | | |
| | | Exhibit 6 - Work Schedules | 4324-4329 | | | |
| | | Exhibit 7 - 2008-2009 Collected Gross Receipts | 4330 | | | |

11

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*

**CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**

**JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | Df | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|-------------------------------|-----------|---------------------|--------|---------|
| 37. | | Eileen Cummings Deposition Transcript and Exhibits 07.24.12 | | | | |
| | | Exhibit 1 M&M Mars Purchase Order | 6032 | | | |
| | | | 7402 | | | |
| | | Exhibit 2 M&M Mars Display Drawings | 6028- | | | |
| | | | 6031 | | | |
| | | Exhibit 3 M&M Mars Sales Order | 9295 | | | |
| | | M&M Mars Invoice | 9296 | | | |
| | | M&M Mars Invoice | 9297 | | | |
| | | M&M Mars Check | 9298 | | | |

20413241.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** _Flickinger vs. Trade Fixtures_   **CASE NUMBER:** _1:12-CV-00713_

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|------------------------------|-----------|---------------------|--------|---------|
| 38. | | Dr. Mary Elizabeth Jordan-Flickinger, Deposition Transcript, Exhibits & Video **08.19.10** | | | | |
| | | Exhibit 1 - Candy Land Photo | 970 | | | |
| | | Exhibit 2 - General Liability Photo | 439 | | | |
| | | Exhibit 3 - Guest Incident Report | 377- 378 | | | |
| | | Exhibit 4 - 10.27.08 Letter from TRU | 7341 | | | |
| | | Exhibit 5 - Dr. Robertson Records | 76-77 | | | |
| 39. | | Dr. Mary Elizabeth Jordan-Flickinger, Deposition Transcript, Exhibits & Video **10.05.10** | | | | |
| | | Exhibit 1 - Trade Fixtures Installation Instructions | 495- 496 | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*       **CASE NUMBER:**  *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**       **JUDGE:**  Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-------------------------------|-----------|---------------------|--------|---------|
| 40. | | Dr. Mary Elizabeth Jordan-Flickinger Deposition 01.14.13 | | | | |
| 41. | | Dr. Mary Elizabeth Jordan-Flickinger Deposition & Exhibit 01.15.13 | | | | |
| | | Exhibit A   M&M Colorworks Display | 1535 | | | |
| | | Dr. Beth Flickinger Errata Sheet | 10134 | | | |
| 42. | | Dr. James Bradley Flickinger Deposition Transcript& Video 10.05.10 | | | | |
| 43. | | Dr. James Bradley Flickinger Deposition Transcript 01.15.13 | | | | |
| | | Dr. Brad Flickinger Errata Sheet | 10133 | | | |

14

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*          **CASE NUMBER:**  *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**          **JUDGE:**   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 44. | | Scott Johnson Deposition Transcript & Exhibits 02.20.13 | | | | |
| | | Exhibit 1 M&M Mars Display Diagrams | 6028- 6031 | | | |
| | | Exhibit 2 M&M Mars Invoices, et al. | 9295- 9298 | | | |
| | | Exhibit 3 M&M Mars Purchase Order | 6032, 7402 | | | |
| | | Exhibit 4 TF Install Instructions | 495- 496 | | | |
| | | Exhibit 5 TF Install Instructions | 495.1- 496.1 | | | |
| | | Exhibit 6 Bin Photo w/Writing | 9290.1 | | | |
| | | Exhibit 7 M&M Colorworks Display Photograph | 1535 | | | |
| | | Exhibit 8A Bin w/M&M's Photograph w/Writing | 9611.1 | | | |

15

20413241

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*      **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**      **JUDGE:** Honorable Jack B. Weinstein      May 17, 2013

| PTF | Df | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | Exhibit 8B Bin w/M&M's Photograph | 9612 | | | |
| | | Exhibit 8C Bin Showing Notch Photograph | 9608 | | | |
| | | Exhibit 9 Where Locking Mechanism Should Be Photograph | 9293 | | | |
| | | Exhibit 10 General Liability Photographs | 439 | | | |
| 45. | | Dr. Jerome Jordan Deposition Transcript & Video 09.10.10 | | | | |
| 46. | | Marlene Jordan Deposition Transcript & Video 09.10.10 | | | | |

16

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** _Flickinger vs. Trade Fixtures_     **CASE NUMBER:** _1:12-CV-00713_

**EASTERN DISTRICT OF NEW YORK**     **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 47. | | Rose Keenan Deposition Transcript & Exhibits 07.26.12<br><br>Exhibit 1 M&M Mars Purchase Order<br><br>Exhibit 2 M&M Mars Display Diagram<br><br>Exhibit 3 M&M Mars Sales Order, et al.<br><br>Exhibit 4 TF Install Instructions | 6032,<br>7402<br>6028-<br>6031<br>9295-<br>9298<br>495-<br>496;<br>495.1-<br>496.1 | | | |

20413241

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*     **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**     **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 48. | | Matthew Kline, M.D. Deposition Transcript & Exhibits 05.09.13 | | | | |
| | | Exhibit A  Intake Form | 451.2-451.4 | | | |
| | | Exhibit B  02.08.10 Treatment Notes | 446-449 | | | |
| | | Exhibit C  Advanced Imaging MRI Report | 451.16-451.17 | | | |
| | | Exhibit D  02.24.10 Abington Surgical Center Report | A455-K455 | | | |
| | | Exhibit E  Post Injection Evaluation | 451.27-454 | | | |

18

2041324.1

## PLAINTIFFS' LIST OF EXHIBITS

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*   **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-------------------------------|-----------|---------------------|--------|---------|
| | | Exhibit F 04.01.10 Matthew Kline, M.D. Note | 450 | | | |
| | | Exhibit G 04.24.10 Report of Matthew Kline, M.D. | 433-436 | | | |
| | | Exhibit H 11.26.10 Report of Matthew Kline, M.D. | 5337-5339 | | | |
| | | Exhibit I 02.28.11 Report of Matthew Kline, M.D. | 6202-6203 | | | |
| | | Exhibit J 05.26.11 Report of Matthew Kline, M.D. | 7525-7528 | | | |
| | | Exhibit K 07.26.11 Report of Matthew Kline, M.D. | 7979-7981 | | | |

19

2041324.1

# PLAINTIFFS' LIST OF EXHIBITS

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*   **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-------------------------------|-----------|---------------------|--------|---------|
| | | Exhibit L  10.30.12 Report of Matthew Kline, M.D. | 9643-9644 | | | |
| | | Exhibit M  02.15.13 Report of Douglas Cohen, M.D. | 10115-10116 | | | |
| | | Exhibit N  01.14.13 Report of Douglas Cohen, M.D. | 10109-10114 | | | |
| | | Exhibit O  01.30.13 Report of Michael Carciente, M.D. | 9859-9863 | | | |
| | | Exhibit P  03.01.11 Report of Lisa Robertson, D.O. | 6227 | | | |
| | | Exhibit Q  01.25.13 Report of Lewis Rothman, M.D. | 9865-9866 | | | |

2041324.1

20

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*          **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**          **JUDGE:** **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | Exhibit R  02.01.13 Report of Robert Bove, Ph.D. | 9827-9840 | | | |
| | | Exhibit S  A Study of the Mechanics of Spinal Injuries | 10328-10341 | | | |
| 49. | | Deposition Transcript Exhibits and Video of Edwin Malloy, M.D. 07.05.11 | 7651-7652 | | | |
| | | Exhibit 1 - Curriculum Vitae of Edwin Malloy, M.D. | | | | |
| | | Exhibit 2 - Printed X-ray Right Shoulder 02.17.04 | 7656 | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*      **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**      **JUDGE:** **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-------------------------------|-----------|---------------------|--------|---------|
| 50. | | Richard McCool Deposition Transcript & Exhibits 02.20.13 | | | | |
| | | Exhibit 1 M&M Mars Display Diagrams | 6028- 6031 | | | |
| | | Exhibit 2 M&M Mars Invoices, et al. | 9295- 9298 | | | |
| | | Exhibit 3 M&M Mars Purchase Order | 6032, 7402 | | | |
| | | Exhibit 4 TF Install Instructions | 495- 496 | | | |
| | | Exhibit 5 TF Install Instructions | 495.1- 496.1 | | | |
| | | Exhibit 6 Bin Photo w/Writing | 9290.1 | | | |
| | | Exhibit 7 M&M Colorworks Display Photograph | 1535 | | | |
| | | Exhibit 8A Bin w/M&M's Photograph w/Writing | 9611.1 | | | |

2041324.1

# PLAINTIFFS' LIST OF EXHIBITS

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*      **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**      **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | Exhibit 8B Bin w/M&M's Photograph | 9612 | | | |
| | | Exhibit 8C Bin Showing Notch Photograph | 9608 | | | |
| | | Exhibit 9 Where Locking Mechanism Should Be Photograph | 9293 | | | |
| | | Exhibit 10 General Liability Photographs | 439 | | | |

23

20413241

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*

**CASE NUMBER:** *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK

**JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-----|-----|-----|-----|-----|
| 51. | | Vicki Sandberg Deposition Transcript & Exhibits 04.24.12 | 10274-10280 | | | |
| | | Exhibit 1 Notice of Deposition | 1535 | | | |
| | | M&M Colorworks Photo | 495- | | | |
| | | TF Install Instructions | 496 | | | |
| | | TF Install Instructions | 495.1- | | | |
| | | Red Box Base Plate Photo | 496.1 | | | |
| | | M&M Mars Display Diagram | 6361 | | | |
| | | M&M Mars Purchase Order | 6028- | | | |
| | | | 6031 | | | |
| | V | | 6032, 7402 | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*   **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|-------------------------------|-----------|---------------------|--------|---------|
|     |     | Vicki Sandberg Deposition Errata Sheet | 9344-9345 |          |        |         |

25

2041324.1

PLAINTIFFS' LIST OF EXHIBITS

CASE CAPTION:   *Flickinger vs. Trade Fixtures*

CASE NUMBER:   *1-12-CV-00713*

EASTERN DISTRICT OF NEW YORK

JUDGE:   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 52. | | Robert Sugarman, Ph.D. Deposition and Exhibits 04.11.13 | | | | |
| | | Exhibit A   Robert Sugarman, Ph.D. Report 08.17.12 | 9637-9642 | | | |
| | | Exhibit B   Robert Sugarman, Ph.D. C.V. | 9376 | | | |
| | | Exhibit C   Robert Sugarman, Ph.D. Trials and Depositions 02.2009-02.2013 | 10281-10282 | | | |
| | | Exhibit D   General Liability Photograph Form | 439 | | | |
| | | Exhibit E   Michael Pepe, P.E. Report 12.13.10 | 5484-5498 | | | |
| | | Michael Pepe, P.E. Report 12.17.10 | 5499 | | | |
| | | Exhibit F   M&M Colorworks Photo | 1535 | | | |

26

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*                **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**                                 **JUDGE:**   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-------------------------------|-----------|---------------------|--------|---------|
|     |    | Exhibit G   Trade Fixtures Install Instructions | 495-496 |        |        |         |
|     |    | Exhibit H   Neal Growney, P.E. Report 10.26.08 | 5557-5569 |        |        |         |

20413241

27

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**  *Flickinger vs. Trade Fixtures*  **CASE NUMBER:**  *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**  **JUDGE:**  Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 53. | | Andrew Verzilli, M.B.A. Deposition Transcript and Exhibits 04.22.13 | | | | |
| | | Exhibit 1  Andrew Verzilli, M.B.A Report 01.31.13 | 9815-9826 | | | |
| | | Exhibit 2   Summary of Earnings Chart | 8567 | | | |
| | | Exhibit 3   Lawrence Spizman, Ph.D. Report 08.01.11 | 8341-8354 | | | |
| | | Exhibit 4   2% Wage Increase Chart | 10310 | | | |
| | | *Any and all Plaintiffs' expert documentation, reports and/or curriculum vitae (CV) including, but not limited to, the following:* | | | | |
| 54. | | Curriculum Vitae of Robert Anders, IDSA | 9385 | | | |

28

20413241

**PLAINTIFFS' LIST OF EXHIBITS**

CASE CAPTION: *Flickinger vs. Trade Fixtures*  CASE NUMBER: *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK  JUDGE: Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 53.1 | | Project Highlights of Robert Anders, IDSA | 9386-9391 | | | |
| 53.2 | | Report of Robert Anders, IDSA 08.02.12 | 9461-9612 | | | |
| 53.3 | | Rule 26 Disclosures of Robert Anders, IDSA | 9517-9519 | | | |
| 55. | | Curriculum Vitae of Jerry Birnbach, F.I.S.P. | 9372-9375 | | | |
| 54.1 | | Written Project Highlights of Jerry Birnbach, F.I.S.P. | 9392-9395 | | | |
| 54.2 | | Pictorial Project Highlights of Jerry Birnbach, F.I.S.P. | 9396-9414 | | | |
| 54.3 | | Report of Jerry Birnbach, F.I.S.P. 08.18.12 | 9613-9636 | | | |

2041324-1

29

PLAINTIFFS' LIST OF EXHIBITS

CASE CAPTION:   *Flickinger vs. Trade Fixtures*     CASE NUMBER:   *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK              JUDGE:   Honorable Jack B. Weinstein

May 17, 2013

| PTF | Df | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 54.4 | | Rule 26 Disclosures of Jerry Birnbach, F.I.S.P. | 10283-10284 | | | |
| 56. | | Curriculum Vitae of Matthew Kline, M.D. | 7453-7463 | | | |
| 55.1 | | Report of Matthew Kline, M.D. 04.24.10 | 433-436 | | | |
| 55.2 | | Report of Matthew Kline, M.D. 11.26.10 | 5337-5339 | | | |
| 55.3 | | Report of Matthew Kline, M.D. 02.28.11 | 6202-6203 | | | |
| 55.4 | | Report of Matthew Kline, M.D. 05.26.11 | 7525-7528 | | | |
| 55.5 | | Report of Matthew Kline, M.D. 07.26.11 | 7979-7981 | | | |

30

2041324.1

# PLAINTIFFS' LIST OF EXHIBITS

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*   **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:** **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 55.6 | | Report of Matthew Kline, M.D. 10.30.12 | 9643-9644 | | | |
| 55.7 | | Anatomy of Cervical Spine Pain | 6425.1 | | | |
| 55.8 | | Axial Segmental Anatomy Illustration | 6425.6 | | | |
| 55.9 | | Referred Facial Pain From Cervical Spine Pathology Illustration | 6426.2 | | | |
| 55.10 | | AA Joint Capsular Blood Illustration | 6431.4 | | | |
| 55.11 | | C3 DRG Hematoma Illustrations | 6433.4 | | | |
| 55.12 | | C3 DRG Hematoma Illustrations | 6433.5 | | | |
| 55.13 | | C4 DRG Hematoma Illustration | 6433.6 | | | |
| 55.14 | | AO Joint Injection Illustration | 6439.4 | | | |

31

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*   **CASE NUMBER:** *1:-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 55.15 | | Cervical Spine Illustration | 6439.6 | | | |
| 55.16 | | Frontal Segmental Anatomy Illustration | 7501 | | | |
| 55.17 | | Normal Facet Joints Sagital Section Illustration | 7502 | | | |
| 55.18 | | AA Joint and C2 DRG Illustration | 7503 | | | |
| 55.19 | | Cervical Spine Extended Illustration | 7504 | | | |
| 55.20 | | Atlantoaxial Joint Illustration | 7505 | | | |
| 55.21 | | Cervical Dorsal Root Ganglion Illustration | 7506 | | | |
| 55.22 | | Interventional Pain Management Textbook (2nd Edition) | Text-book | | | |
| 55.23 | | Pain Management Vol.1 | Text-book | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

CASE CAPTION: *Flickinger vs. Trade Fixtures*

CASE NUMBER: *1-12-CV-00713*

EASTERN DISTRICT OF NEW YORK

JUDGE: Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 55.24 | | Pain Management Vol. 2 | Text-book | | | |
| 57. | | Curriculum Vitae of Paul Mackarey, P.T. | 5471-5483 | | | |
| 56.1 | | Report of Paul Mackarey, P.T. 11.20.10 | 5427-5429 | | | |
| 56.2 | | Paul Mackarey, P.T. Rule 26 Disclosures | 8451 | | | |
| 58. | | Curriculum Vitae of Edwin Malloy, M.D. | 7651-7652 | | | |
| 59. | | Curriculum Vitae of Robert Sugarman, P.E. | 9376-9384 | | | |
| 58.1 | | Report of Robert Sugarman, P.E. 08.17.12 | 9637-9642 | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*  **CASE NUMBER:** *1-12-CV-00713*

EASTERN DISTRICT OF NEW YORK  **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 58.2 | | Rule 26 Disclosures of Robert Sugarman, P.E. | 10281-10282 | | | |
| 58.3 | | MIL-STD-1629A 11.24.80 Procedures for Performing a Failure Mode, Effects and Criticality Analysis (Robert Sugarman, P.E.) | 10364-10417 | | | |
| 58.4 | | ANSI Z535.4-1998 Product Safety Signs and Labels (Robert Sugarman, P.E.) | 10418-10445 | | | |
| 58.5 | | The Handbook of Warnings, edited by Michael Wogalter (2006) (Robert Sugarman, P.E.) | | | | |
| 60. | | Curriculum Vitae of Andrew Verzilli, M.B.A. | 5203-5206 | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*    **CASE NUMBER:** *1-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**    **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|------------------------------|-----------|---------------------|--------|---------|
| 59.1 | | Report of Andrew Verzilli, M.B.A. 11.22.10 | 5340-5348 | | | |
| 59.2 | | Andrew Verzilli, M.B.A. Table 1 Reduction in Earning Capacity Age 67 11.22.10 | 5346 | | | |
| 59.3 | | Andrew Verzilli, M.B.A. Table 2 Reduction in Earning Capacity Age 70 11.22.10 | 5347 | | | |
| 59.4 | | Andrew Verzilli, M.B.A. Table 3 Household Services 11.22.10 | 5348 | | | |
| 59.5 | | Report of Andrew Verzilli, M.B.A. 02-28.11 | 6215-6223 | | | |

35

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*

**CASE NUMBER:**   *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK

**JUDGE:**   Honorable Jack B. Weinstein

May 17, 2013

| PTF | Df | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 59.6 | | Andrew Verzilli, M.B.A. Table 1 Reduction in Earning Capacity Age 67 02.28.11 | 6218 | | | |
| 59.7 | | Andrew Verzilli, M.B.A. Table 2 Reduction in Earning Capacity Age 70 02.28.11 | 6219 | | | |
| 59.8 | | Andrew Verzilli, M.B.A. Table 3 Household Services 02.28.11 | 6220 | | | |
| 59.9 | | Appendix: Documents Reviewed 02.28.11 | 6221-6223 | | | |
| 59.10 | | Report of Andrew Verzilli, M.B.A. 04.25.11 | 7068-7071 | | | |

2041324.1

36

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*      **CASE NUMBER:**   *1-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**            **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|------------------------------|-----------|---------------------|--------|---------|
| 59.11 | | Report of Andrew Verzilli, M.B.A. Regarding Drs. Boland and Shovlin Reports 04.27.11 | 7274 | | | |
| 59.12 | | Report of Andrew Verzilli, M.B.A. 06.23.11 | 7575-7584 | | | |
| 59.13 | | Table 1 - Reduction in Future Earning Capacity Inflation and Productivity 4.4% 06.23.11 | 7578 | | | |
| 59.14 | | Table 2 - Reduction in Future Earning Capacity Annual Loss w/4% Statutory Increase 06.23.11 | 7579 | | | |

2041324.1

PLAINTIFFS' LIST OF EXHIBITS

CASE CAPTION:   *Flickinger vs. Trade Fixtures*   CASE NUMBER:   *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK   JUDGE:   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 59.15 | | Table 3 - Reduction in Future Earning Capacity Total Disability 06.23.11 | 7580 | | | |
| 59.16 | | Table 4 - Reduction in Future Earning Capacity Annual Loss w/4% Statutory Increase Total Disability 06.23.11 | 7581 | | | |
| 59.17 | | Table 5 - Loss in Household Services 3.3% 06.23.11 | 7582 | | | |
| 59.18 | | Table 6 - Loss In Services 4% 06.23.11 | 7583 | | | |
| 59.19 | | Appendix Table - Present Value Rule 50-B 06.23.11 | 7584 | | | |

38

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*   **CASE NUMBER:** *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK   **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 59.20 | | Report of Andrew Verzilli, M.B.A. 07.26.11 | 7984-7985 | | | |
| 59.21 | | Report of Andrew Verzilli, M.B.A. 01.31.13 | 9815-9826 | | | |
| 59.22 | | Andrew Verzilli, M.B.A. Addendum | 10310 | | | |
| 59.23 | | Andrew Verzilli, M.B.A. Rule 26 Disclosures | 10285-10296 | | | |
| 59.24 | | Fall, 2007 Occupational Outlook Quarterly (Andrew Verzilli, M.B.A.) | 7111-7113 | | | |
| 59.25 | | Bureau of Labor Statistics (Andrew Verzilli, M.B.A.) | 7114-7122 | | | |
| 59.26 | | The Dollar Value of a Day (Andrew Verzilli, M.B.A.) | 7128-7132 | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*   **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | D/F | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 59.27 | | The MetLife Market Survey of Adult Day Services and Home Care Costs (Andrew Verzilli, M.B.A.) | 7123-7127 | | | |
| 59.28 | | Life Tables Published by Social Security Administration 2005 (Andrew Verzilli, M.B.A.) | 7133-7269 | | | |
| 59.29 | | Labor Force Projections to 2018: Older Workers Staying More Active (Andrew Verzilli, M.B.A.) | 7999-8020 | | | |
| 59.30 | | Table 1A Pre Injury Full Time 2018 Increase 4.4% (Andrew Verzilli, M.B.A.) | 9141 | | | |
| 59.31 | | Table 3A Pre Injury Full Time 2018 Total Disability (Andrew Verzilli, M.B.A.) | 9142 | | | |

20441324.1

# PLAINTIFFS' LIST OF EXHIBITS

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*  **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**  **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | *Any and all Defense expert documentation, reports and/or curriculum vitae (CV) including, but not limited to, the following:* | | | | |
| 61. | | Affidavit of Walter Baumgarten 03.20.12 | 9283-9286 | | | |
| 60.1 | | Affidavit of Walter Baumgarten 02.15.13 | 10104-10106 | | | |
| 60.2 | | Revised Affidavit of Walter Baumgarten 04.30.12 | 9338-9341 | | | |
| 60.3 | | Declaration of Walter Baumgarten | 9350-9351 | | | |
| 62. | | Curriculum Vitae/Disclosures of Robert Bove, Ph.D. | 9842-9845 | | | |

41

20413241

**PLAINTIFFS' LIST OF EXHIBITS**

CASE CAPTION:  *Flickinger vs. Trade Fixtures*  CASE NUMBER:  *1-12-CV-00713*

EASTERN DISTRICT OF NEW YORK  JUDGE:  **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|-----|-----|-----|-----|-----|
| 61.1 | | Report of Robert Bove, Ph.D. 02.01.13 | 9827-9840 | | | |
| 61.2 | | Fee Schedule of Robert Bove, Ph.D. | 9841 | | | |
| 61.3 | | Analysis & Measurement of Neck Loads article Robert Bove, Ph.D. Bibliography | 10311-10318 | | | |
| 61.4 | | The Mechanics of Prolapsed Intervertebral Disc article Robert Bove, Ph.D. Bibliography | 10319-10323 | | | |
| 61.5 | | Acute Traumatic Intraosseous Disc Herniation article Robert Bove, Ph.D. Bibliography | 10324-10327 | | | |
| 61.6 | | A Study of the Mechanics of Spinal Injuries article Robert Bove, Ph.D. Bibliography | 10328-10341 | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*   **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|------------------------------|-----------|---------------------|--------|---------|
| 61.7 | | Abnormal Magnetic-Resonance Scans of the Cervical Spine in Asymptomatic Subjects article<br>Robert Bove, Ph.D. Bibliography | 10342-10348 | | | |
| 61.8 | | No Stress - No Whiplash? article<br>Robert Bove, Ph.D. Bibliography | 10349-10355 | | | |
| 61.9 | | MRI of Cervical Intervertebral Discs in Asymptomatic Subjects article<br>Robert Bove, Ph.D. Bibliography | 10356-10361 | | | |
| 61.10 | | Falling Objects: Is There Really a Potential for Head Injury? article<br>Robert Bove, Ph.D. Bibliography | 10362-10363 | | | |
| 61.11 | | Accidental Injury: Biomechanics and Prevention Text-book<br>Robert Bove, Ph.D. Bibliography | Text-book | | | |

2041324.1

PLAINTIFFS' LIST OF EXHIBITS

| CASE CAPTION: | *Flickinger vs. Trade Fixtures* | CASE NUMBER: | *1:12-CV-00713* |

| EASTERN DISTRICT OF NEW YORK | JUDGE: | Honorable Jack B. Weinstein |

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 63. | | Affidavit of Bob Bullers 02.15.13 | 10107–10108 | | | |
| 64. | | Curriculum Vitae/Disclosures of Michael Carciente, M.D. | 9864 | | | |
| 63.1 | | Report of Michael Carciente, M.D. 01.30.13 | 9859–9863 | | | |
| 65. | | Curriculum Vitae of Douglas Cohen, M.D. | 9884–9889 | | | |
| 64.1 | | Report of Douglas Cohen, M.D. 01.14.13 | 10109–10114 | | | |
| 64.2 | | Report of Douglas Cohen, M.D. 02.15.13 | 10115–10116 | | | |
| 64.3 | | Legal Fees of Douglas Cohen, M.D. | 10123 | | | |

44

20413241

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*

**CASE NUMBER:** *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK

**JUDGE:** **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 66. | | Curriculum Vitae of Steve Pietropaolo, P.E. | 9948-9956 | | | |
| 65.1 | | Report of Steve Pietropaolo, P.E. 02.01.13 | 9891-9906 | | | |
| 65.2 | | Photographs from Steve Pietropaolo, P.E. | 9907-9910 | | | |
| 65.3 | | Calculations from Steve Pietropaolo, P.E. | 9911-9917 | | | |
| 65.4 | | NSF/ANSI Standard 18 from Steve Pietropaolo, P.E. | 9918-9947 | | | |
| 65.5 | | Steve Pietropaolo, P.E. Fee Schedule | 9957 | | | |
| 65.6 | | Steve Pietropaolo, P.E. Disclosures | 9958 | | | |

2041324.1

45

**PLAINTIFFS' LIST OF EXHIBITS**

| CASE CAPTION: | *Flickinger vs. Trade Fixtures* | CASE NUMBER: | *1:12-CV-00713* |
| --- | --- | --- | --- |

EASTERN DISTRICT OF NEW YORK

JUDGE:   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
| --- | --- | --- | --- | --- | --- | --- |
| 67. | | Curriculum Vitae of Lewis Rothman, M.D. | 9870-9878 | | | |
| 66.1 | | Report of Lewis Rothman, M.D. 01.25.13 | 9865-9866 | | | |
| 66.2 | | Disclosures of Lewis Rothman, M.D. | 9867-9869 | | | |
| 68. | | Declaration of Vicki Sandberg | 9347-9349 | | | |
| 69. | | Curriculum Vitae of Lawrence Spizman | 9850-9858 | | | |
| 68.1 | | Report of Lawrence Spizman 08.01.11 | 8341-8354 | | | |
| 68.2 | | Disclosures of Lawrence Spizman | 9846-9849 | | | |

20413241.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*          **CASE NUMBER:**   *1-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**                **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|------------------------------|-----------|---------------------|--------|---------|
| 70. | | *Any and all pleadings including, but not limited to, the following:* | | | | |
| 71. | | Civil Cover Sheet | 10135-10137 | | | |
| 72. | | Notice of Removal w/Exhibits Including Complaint | 10138-10190 | | | |
| 73. | | Trade Fixtures Answer to Complaint | 10191-10218 | | | |
| 74. | | *Any and all Discovery and/or documents exchanged during course of litigation, including but not limited to the following:* | | | | |
| | | Plaintiffs Rule 26 Disclosures | 10232-10250 | | | |

20413241.1

Pleadings No. 1:12-CV-00713

# PLAINTIFFS' LIST OF EXHIBITS

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*

**CASE NUMBER:** *1-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**

**JUDGE:** **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-------------------------------|-----------|---------------------|--------|---------|
| 75. | | Plaintiffs' Answers to Trade Fixtures First Set of Interrogatories | 10219-10231 | | | |
| 76. | | Trade Fixtures Amended Rule 26 Initial Disclosures | 9879-9883 | | | |
| 77. | | Trade Fixtures Answers to Plaintiffs' Interrogatories | 10251-10264 | | | |
| 78. | | Trade Fixtures Responses to Plaintiffs' Request for Production of Documents | 10265-10273 | | | |
| 79. | | All Written Discovery Exchanged Between Parties During Course of Litigation | | | | |
| | | *Any and all documents from any source related to Toys R Us/Trade Fixtures including, but not limited to, the following:* | | | | |

20413241

48

**PLAINTIFFS' LIST OF EXHIBITS**

CASE CAPTION: *Flickinger* vs. *Trade Fixtures*  CASE NUMBER: *1-12-CV-00713*

EASTERN DISTRICT OF NEW YORK  JUDGE: Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 80. | | Guest Incident Report (typed version) 10.26.08 | 377-378 | | | |
| 81. | | Guest Incident Report (redacted typed version) 10.26.08 | 377.1-378.1 | | | |
| 82. | | Guest Incident Statement (Beth Flickinger) 10.26.08 | 437 | | | |
| 83. | | Guest Incident Statement (Jane Doe) 10.26.08 | 438 | | | |
| 84. | | M&M Mars Display Diagram/Dimensions and Purchase Order for Subject Display | 6028-6032 | | | |
| 85. | | Mars Sales Order for Display | 9295 | | | |
| 86. | | Mars Invoice for Display | 9296-9297 | | | |

49

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*

**CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**

**JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 87. | | Mars Check for Display | 9298 | | | |
| 88. | | Trade Fixtures Insurance Policy | 9959-10103 | | | |
| | | *Various Photographs/ Videos including but not limited to, the following:* | | | | |
| 89. | | Photos of Bin Locking Mechanism | 9287-9289 | | | |
| 90. | | Photos of Bin w/o Locking Mechanism | 9290-9292 | | | |
| 91. | | Photos of Bin where Locking Mechanism Should be | 9293-9294 | | | |
| 92. | | Photos of Warning Label | 9415-9418 | | | |

20413241

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*     **CASE NUMBER:**   *1-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**     **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 93. | | Photos of Dr. Beth Flickinger's Rhizotomy Residuals 11.16.12 | 9645-9647 | | | |
| 94. | | Photo of Dr. Beth Flickinger During Rhizotomy Procedure | 9155 | | | |
| 95. | | Photo of the Flickinger Family (at Toys R Us on ride) | 40 | | | |
| 96. | | Photo of Brad and James on Ride at Toys R Us 10.26.08 | 7385 | | | |
| 97. | | Photo of Beth and D.J. Flickinger on Ride at Toys R Us 10.26.08 | 7386 | | | |

51

20413241

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*   **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 98. | | Photos of Beth's Left Thigh/Hip Bruise 10.27.08 | 7387-7388 | | | |
| 99. | | Photo of "Candy Land" (extracted from Internet) (as it existed 10.26.08) | 970 | | | |
| 100. | | Photos of "Candy Land" (from Suzanne Sallata) (as it existed 10.26.08) | 1532-1555 | | | |
| 101. | | Blow Up of Display (Red Box) | 6361 | | | |
| 102. | | Toys R Us General Liability Photograph Form 10.26.08 | 439 | | | |
| 103. | | Toys R Us General Liability Photograph Enlarged 10.26.08 | 439A | | | |

52

20413241

PLAINTIFFS' LIST OF EXHIBITS

| CASE CAPTION: | *Flickinger vs. Trade Fixtures* | CASE NUMBER: | *1-12-CV-00713* |
| --- | --- | --- | --- |

| | | JUDGE: | **Honorable Jack B. Weinstein** |

May 17, 2013

EASTERN DISTRICT OF NEW YORK

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
| --- | --- | --- | --- | --- | --- | --- |
| 104. | | Video of Subject Toys R Us Display (as it existed 10.26.08) | 971 | | | |
| 105. | | Video of Dr. Mary Elizabeth Jordan-Flickinger Performing Patient Eye Examinations 01.18.11 | 5737 | | | |
| 106. | | DVD of Dr. Beth Flickinger Undergoing Rhizotomy Procedure 02.23.11 | 6174 | | | |
| | | *Any and all financial and employment records regarding Dr. Mary Elizabeth Jordan-Flickinger, Dr. James Bradley Flickinger and Dr. Michael Boland, including, but not limited to the following:* | | | | |
| 107. | | Flickingers' John Hancock Action Plan Update: 2007 Regarding Retirement Plan | 4914-4915 | | | |

53

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*          **CASE NUMBER:**   *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK                    **JUDGE:**   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|-------------------------------|-----------|---------------------|--------|---------|
| 108. | | Flickingers' Income Tax Returns 2000 | 668-679 | | | |
| 109. | | Flickingers' Income Tax Returns 2001 | 680-693 | | | |
| 110. | | Flickingers' Income Tax Returns 2002 | 694-706 | | | |
| 111. | | Flickingers' Income Tax Returns 2003 | 707-717 | | | |
| 112. | | Flickingers' Income Tax Returns 2004 | 718-732 | | | |
| 113. | | Flickingers' Income Tax Returns 2005 | 733-745 | | | |

2041324.1

54

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*   **CASE NUMBER:**   *1-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 114. | | Flickingers' Income Tax Returns 2006 | 746-756 | | | |
| 115. | | Flickingers' Income Tax Returns 2007 | 124-136 | | | |
| 116. | | Flickingers' Income Tax Returns 2008 | 109-123 | | | |
| 117. | | Flickingers' Income Tax Returns 2009 | 757-768 | | | |
| 118. | | Flickingers' Income Tax Returns 2010 | 10446-10462 | | | |
| 119. | | Flickingers' Income Tax Returns 2011 | 10463-10477 | | | |

20411324.1

55

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*   **CASE NUMBER:**   *1-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 120. | | Flickingers' Income Tax Returns 2012 | 10478-10494 | | | |
| 121. | | W-2 Michael Boland, D.O. 2010 (from Defense Subpoena) | 5792 | | | |
| 122. | | 1099 Michael Boland, D.O. 2010 (from Defense Subpoena) | 5793 | | | |
| 123. | | W-2 Brad Flickinger, D.O. 2010 (from Defense Subpoena) | 5794 | | | |

20413241

56

PLAINTIFFS' LIST OF EXHIBITS

CASE CAPTION:   *Flickinger vs. Trade Fixtures*

EASTERN DISTRICT OF NEW YORK

CASE NUMBER:   *1:12-CV-00713*

JUDGE:   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|-------------------------------|-----------|---------------------|--------|---------|
| 124. | | 1099 Brad Flickinger, D.O. 2010 (from Defense Subpoena) | 5795 | | | |
| 125. | | W-2 Beth Flickinger, D.O. 2010 (from Defense Subpoena) | 5796 | | | |
| 126. | | 1099 Beth Flickinger, D.O. (from Defense Subpoena) | 5797 | | | |
| 127. | | Gross Receipts Michael Boland, D.O., Bradley Flickinger, D.O. and Beth Flickinger, D.O. 2010 (from Defense Subpoena) | 5798 | | | |

2041324.1

PLAINTIFFS' LIST OF EXHIBITS

CASE CAPTION: *Flickinger vs. Trade Fixtures*

CASE NUMBER: *1:12-CV-00713*

JUDGE: Honorable Jack B. Weinstein

EASTERN DISTRICT OF NEW YORK

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|-----|-----|-----|-----|-----|
| 128. | | 2010 Gross Receipts Michael Boland, D.O., Bradley Flickinger, D.O., Beth Flickinger, D.O. January - December | 6058 | | | |
| 129. | | 2010 Work Schedule Michael Boland, D.O. | 6059-6071 | | | |
| 130. | | 2011 First Quarter Hours/Appts. Michael Boland, D.O. | 7302-7304 | | | |
| 131. | | 2010 Work Schedule Bradley Flickinger, D.O. | 6072-6083 | | | |
| 132. | | 2011 First Quarter Hours/Appts. Bradley Flickinger, D.O. | 7305-7307 | | | |
| 133. | | 2010 Work Schedule Beth Flickinger, D.O. | 6084-6095 | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger* vs. *Trade Fixtures*   **CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:** **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 134. | | 2011 First Quarter Hours/Appts, Beth Flickinger, D.O. | 7308-7310 | | | |
| 135. | | Northeastern Eye Institute Employment File Regarding Dr. Beth Flickinger 1998-2009 | 615-637 | | | |
| 136. | | Northeastern Eye Institute Employment File Regarding Dr. Brad Flickinger 1998-2009 | 638-667 | | | |
| 137. | | Financial Binder Provided by Joseph Carroll 10.19.10 | 4312-4897 | | | |
| 138. | | Specific Documents From Exhibit 169 Identified During Joe Carroll Trial Testimony | Vary | | | |

59

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

CASE CAPTION:   *Flickinger vs. Trade Fixtures*      CASE NUMBER:   *1:12-CV-00713*

EASTERN DISTRICT OF NEW YORK                         JUDGE:   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 139. | | Supplemental Financial Documents Provided by Joseph Carroll 07.13.11 | 7763-7827 | | | |
| 140. | | Specific Documents From Exhibit 169.1 Identified During Joe Carroll Trial Testimony | Vary | | | |
| 141. | | Supplemental Financial Documents Provided by Joseph Carroll 08.09.11 | 8576-8785 | | | |
| 142. | | Specific Documents From Exhibit 169.2 Identified During Joe Carroll Trial Testimony | Vary | | | |
| 143. | | Minutes and 2005-2006 Work Schedules Provided by Joseph Carroll | 4967-5198 | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*

**CASE NUMBER:** *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**

**JUDGE:** **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-------------------------------|-----------|---------------------|--------|---------|
| 144. | | Northeastern Eye Institute Board of Directors Meeting Minutes 08.11.08 | 4967 | | | |
| 145. | | Supplemental Financial Documents Provided by Joseph Carroll 01.11.13 | 9648-9811 | | | |
| | | *Any and all financial and employment records regarding Dr. Mary Elizabeth Jordan-Flickinger including, but not limited to the following:* | | | | |
| 146. | | Joseph Carroll Letter regarding reduction in Dr. Beth Flickinger's pay 04.29.10 | 423 | | | |
| 147. | | Affidavit of Joseph Carroll 01.03.11 | 5575-5576 | | | |

2041324.1

61

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**  *Flickinger vs. Trade Fixtures*

**CASE NUMBER:**  *1-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**

**JUDGE:**  **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 148. | | Northeastern Eye Institute Board of Directors Meeting Minutes 08.11.08 (Duplicate - See Exhibit 170.1) | 4967 | | | |
| 149. | | Dr. Beth Flickinger Compensation History (See Binder Provided 10.19.10 by Joe Carroll) | Vary | | | |
| 150. | | Dr. Beth Flickinger Work Schedules 2005-2010 (See Binder Provided 10.19.10 and Minutes Binder by Joe Carroll) | Vary | | | |
| 151. | | Dr. Beth Flickinger Gross Earnings 2004-2010 (See Binder Provided 10.19.10 by Joe Carroll) | Vary | | | |

62

20413241

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*   **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:**   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|------------------------------|-----------|---------------------|--------|---------|
| | | *Any and all financial and employment records regarding Dr. James Bradley Flickinger including, but not limited to the following:* | | | | |
| 152. | | Dr. Brad Flickinger Compensation History (See Binder Provided 10.19.10 by Joe Carroll) | Vary | | | |
| 153. | | Dr. Brad Flickinger Work Schedules 2005-2010 (See Binder Provided 10.19.10 and Minutes Binder by Joe Carroll) | Vary | | | |
| 154. | | Dr. Brad Flickinger Gross Earnings 2004-2010 (See Binder Provided 10.19.10 by Joe Carroll) | Vary | | | |

63

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*          **CASE NUMBER:**   *1:-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**                **JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|-----|-----|-----|-----|-----|-----|
| | | *Any and all financial and employment records regarding Dr. Michael Boland including, but not limited to the following:* | | | | |
| 155. | | Dr. Michael Boland Compensation History (See Binder Provided 10.19.10 by Joe Carroll) | Vary | | | |
| 156. | | Dr. Michael Boland Work Schedules 2005-2010 (See Binder Provided 10.19.10 and Minutes Binder by Joe Carroll) | Vary | | | |
| 157. | | Dr. Michael Boland Gross Earnings 2004-2010 (See Binder Provided 10.19.10 by Joe Carroll) | Vary | | | |
| | | *Various texts, sources of literature and illustrations, etc., including but not limited to the following:* | | | | |

64

20413241

## PLAINTIFFS' LIST OF EXHIBITS

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*   **CASE NUMBER:**   *1-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**   **JUDGE:**   Honorable Jack B. Weinstein

May 17, 2013

| PTF | D/F | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 158. | | Dictionary | | | | |
| 159. | | Physicians' Desk Reference 2008 | | | | |
| 160. | | Physicians' Desk Reference 2011 | | | | |
| 161. | | Jury Verdict Interrogatories | TBD | | | |
| 162. | | Points for Charge | TBD | | | |
| 163. | | Exhibits for Cross | | | | |
| 164. | | Anatomical Drawings and/or Models | | | | |
| | | *In-house exhibits and illustrations including but not limited to the following:* | | | | |

2041324.1

65

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*         **CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**                **JUDGE:**   Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|---|---|---|---|---|---|---|
| 165. | | Devastating Effects of Chronic Pain | 7291 | | | |
| 166. | | Rhizotomy Procedure | 7292 | | | |
| 167. | | Normal Curves of Spine | 7297 | | | |
| 168. | | Cervical Epidural Injection | 7300 | | | |
| 169. | | Pharmacy Records Before & After Injury | **TBD** | | | |
| 170. | | Diagnostic Testing & Treatment (Treatment Timeline) | 7669 | | | |
| 171. | | AAOS Standards of Professionalism | 7371-7373 | | | |
| 172. | | Impact of Injury on Work Capacity | **TBD** | | | |
| | | *Additional Plaintiffs' Exhibits, including, but not limited to, the following:* | | | | |
| 173. | | Exemplar Bin w/Exemplar Swing Down Arm | | | | |

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*

**EASTERN DISTRICT OF NEW YORK**

**CASE NUMBER:** *1:-12-CV-00713*

**JUDGE:** Honorable Jack B. Weinstein

May 17, 2013

| PTF | DF | Description of Object or Item | Bates No. | Identified in Court | Ruling | Witness |
|-----|----|-------------------------------|-----------|---------------------|--------|---------|
| 174. | | Exemplar Bin Containing M&M's Candy w/Exemplar Swing Down Arm | | | | |
| 175. | | Exemplar M&M's World Candy Bag | | | | |
| 176. | | Curriculum Vitae of Dr. Brad Flickinger | 9168-9170 | | | |
| 177. | | Curriculum Vitae of Dr. Beth Flickinger | 9178-9180 | | | |
| 178. | | Out of Pocket Expenses | Vary | | | |
| 179. | | Medical Bills and Summary | Vary 9812-9814 | | | |
| 180. | | Future Medical Expenses | TBD | | | |

67

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*    **CASE NUMBER:** *1:-12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**    **JUDGE:** **Honorable Jack B. Weinstein**

May 17, 2013

Plaintiffs reserve the right to utilize as Exhibits any and all documents referred to in any expert reports. Plaintiffs reserve the right to utilize exhibits during closing argument not yet in existence that are based on testimonial and/or other evidence adduced at trial. Plaintiffs reserve the right to introduce any Exhibits identified by Defendants. This Exhibit List does not include Exhibits intended to be used solely for impeachment purposes. Plaintiffs reserve the right to object to the introduction of any of the foregoing Exhibits by Defendants. Plaintiffs reserve the right to enlarge and/or technologically display any and all exhibits; to display exhibits individually or in combination; to utilize any and all exhibits submitted by any/all parties and to supplement this list prior to trial. Identification of any of the following Exhibits herein does not mean Plaintiffs' will necessarily utilize at time of Trial. Plaintiffs reserve the right to correct or amend the herein Exhibit List pursuant to any Court Ruling.

68

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:** *Flickinger vs. Trade Fixtures*

**EASTERN DISTRICT OF NEW YORK**

**CASE NUMBER:**   *1:12-CV-00713*

**JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

HOURIGAN, KLUGER & QUINN, P.C.

BY   /s/ Brian Q. McDonnell
KEVIN C. QUINN, ESQ.
BRIAN Q. MCDONNELL, ESQ.
Attorneys for Plaintiffs
600 Third Avenue
Kingston, PA  18704
570-287-3000

69

2041324.1

**PLAINTIFFS' LIST OF EXHIBITS**

**CASE CAPTION:**   *Flickinger vs. Trade Fixtures*

**CASE NUMBER:**   *1:12-CV-00713*

**EASTERN DISTRICT OF NEW YORK**

**JUDGE:**   **Honorable Jack B. Weinstein**

May 17, 2013

DANKNER, MILSTEIN & RUFFO, P.C.

BY   /s/ Jay W. Dankner, Esquire
_____
JAY W. DANKNER, ESQUIRE
Attorney for Plaintiffs
41 East 57th Street
New York, NY  10022
212-751-8000

70

2041324.1