UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 20 2013 ★
BROOKLYN OFFICE

| | |
|---|---|
| MARY ELIZABETH JORDAN FLICKINGER, O.D.; JAMES BRADLEY FLICKINGER, O.D.; and D.J.F., a minor, by and through his Natural Parents and Guardians, Mary Elizabeth Jordan Flickinger, O.D., and James Bradley Flickinger, O.D., <br><br> Plaintiffs, <br><br> – against – <br><br> TRADE FIXTURES, LLC, in its own right, and d/b/a NEWLEAF DESIGNS and/or TRADE FIXTURES NEWLEAF DESIGNS; TRADE FIXTURES NEWLEAF DESIGNS, LLC; DISPLAY TECHNOLOGIES, LLC, in its own right and/or d/b/a DISPLAY TECHNOLOGIES OF NEW YORK; MARS, INC.; M&M/MARS, INC.; and MARS CHOCOLATE NORTH AMERICA, LLC, <br><br> Defendants. | ORDER <br><br> 12-CV-713 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

The motion to quash trial subpoenas brought by counsel for Toys "R" Us-Delaware, Inc. ("Toys 'R' Us") is denied for the reasons stated orally on the record. The interests and position of the defendant Toys "R" Us in the prior litigation stemming from the incident in question are arguably different from those of the defendants in the present action.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: June 19, 2013
Brooklyn, New York

